# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

| | |
|---|---|
| LOUIS LAMANNIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16-cv-216 |
| ) | |
| INTEC, LLC and LINCOLN NATIONAL ) | Electronically Filed |
| LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF INTEC, LLC

Plaintiff Louis Lamannis, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all claims he has asserted against the Defendant, Intec, LLC, in this action.

Dated: June 2, 2016.

                                                Respectfully submitted,

                                                /s/ John P. Dreiser
                                                John P. Dreiser (TN Reg. No. 20743)
                                                Law Office of Tony Farmer
                                                1356 Papermill Pointe Way
                                                Knoxville, Tennessee 37909
                                                (865) 584-1211
                                                john@farmerdreiser.com

                                                *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to John M. Scannapieco, Esq., Baker Donelson, 211 Commerce Street, Suite 800, Nashville, TN 37201 on this 2nd day of June, 2016.

                                          /s/ John P. Dreiser
                                          John P. Dreiser