UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | | |
|---|---|---|
| LOUIS LAMANNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:16-cv-216 |
| | ) | |
| INTEC, LLC and LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | Electronically Filed |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Louis Lamannis, and the Defendants, The Lincoln National Life Insurance Company and Intec, LLC, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated: November 15, 2016.

           Respectfully submitted,

           /s/ John P. Dreiser (w/ permission JS)
           John P. Dreiser (TN Reg. No. 20743)
           Law Office of Tony Farmer and John Dreiser
           1356 Papermill Pointe Way
           Knoxville, Tennessee 37909
           (865) 584-1211
           john@farmerdreiser.com

           *Attorneys for the Plaintiff*

/s/ John M. Scannapieco
John M. Scannapieco (TN BPR No. 14473)
BAKER DONELSON BEARMAN CALDWELL
   & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5648
jscannapieco@bakerdonelson.com

*Attorneys for the Defendants, The Lincoln National Life Insurance Company and Intec, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to John P. Dreiser, Esq., Law Offices of Tony Farmer and John Dreiser, 1356 Papermill Pointe Way, Knoxville, Tennessee 37909 on this 15th day of November, 2016.

/s/ John M. Scannapieco
John M. Scannapieco